FILED IN CHAMBERS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS JOSEPH SCHLOEDER, | |
| Movant | CRIMINAL ACTION FILE NO. 1:13-CR-0047-ODE-JKL |
| v. | |
| UNITED STATES OF AMERICA, | CIVIL ACTION FILE NO. 1:16-CV-398-ODE-JKL |
| Respondent | |

## ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins III filed February 22, 2016 ("R&R") [Doc. 35]. No objections have been filed.

In the R&R, Judge Larkins recommends that Movant's § 2255 motion be dismissed as untimely. Judge Larkins also recommends that a certificate of appealability ("COA") be denied. Specifically, Judge Larkins found that Movant does not indicate that the circumstances set forth in 28 U.S.C. § 2255(f)(2) and (4) apply to him and that § 2255(f)(3) does not apply either. In addition, a COA should be denied because it is not debatable that the § 2255 motion is untimely.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 34] is DISMISSED as untimely and a COA is DENIED.

SO ORDERED, this 15 day of April, 2016.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE